UNITED STATES DISTRICT COURT

Northern District of California

ROBERT MOORE,

            Plaintiff(s),              No. C 09-04781 MEJ

  v.

CONTRA COSTA COLLEGE DISTRICT,      **ORDER VACATING CMC & RELATED DEADLINES**

            Defendant(s).
_____/

The Court is in receipt of Defendant's letter, filed December 23, 2009, regarding upcoming deadlines in this case. (Dkt. #4.) As Defendant has just recently been served and intends to file a motion to dismiss, the Court hereby VACATES the January 14, 2010 Case Management Conference and all related deadlines. Defendant shall file its motion to dismiss by January 28, 2010. If Defendant fails to file its motion by January 28, the Court shall place this matter back on calendar for a case management conference.

**IT IS SO ORDERED.**

Dated: December 28, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE,

        Plaintiff,

  v.

CONTRA COSTA COLLEGE DISTRICT et al,

        Defendant.

Case Number: CV09-04781 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Moore
626 35th Avenue
Richmond, CA 94805

Dated: December 28, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2