1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

ROBERT MOORE

                Plaintiff(s),

     v.

CONTRA COSTA COLLEGE DISTRICT

           Defendant(s).

_____/

No. C 09-04781 MEJ

**ORDER DIRECTING PLAINTIFF TO
FILE CONSENT/DECLINATION
FORM**

      Pending before the Court is Defendant's motion to dismiss.  Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction.  This civil case was randomly assigned to Magistrate Judge James for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

      You have the right to have your case assigned to a United States District Judge for trial and disposition.  Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial.  The consent/declination form shall be filed by than February 4, 2010.

      **IT IS SO ORDERED.**

Dated: January 12, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE                                    No. C 09-04781 MEJ

                    Plaintiff(s),

    vs.

CONTRA COSTA COLLEGE DISTRICT

                    Defendant(s).
_____/


**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.


Dated:_____            Signed by:_____

                                       Counsel for:_____


**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.


Dated:_____            Signed by:_____

                                       Counsel for:_____

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE                                    Case Number: 09-04781 MEJ

          Plaintiff,                          **CERTIFICATE OF SERVICE**

  v.

CONTRA COSTA COLLEGE DISTRICT

          Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Moore
626 35th Avenue
Richmond, CA 94805

Dated: January 12, 2010

                                  Richard W. Wieking, Clerk
                                  By: Brenda Tolbert, Deputy Clerk