UNITED STATES DISTRICT COURT

Northern District of California

ROBERT MOORE,

            Plaintiff(s),            No. C 09-4781 MEJ

  v.

CONTRA COSTA COLLEGE DISTRICT,    **ORDER TO SHOW CAUSE**

            Defendant(s).
_____/

On May 10, 2010, the Defendant in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of July 1, 2010.  (Dkt. #19.)  Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by June 10, 2010.  However, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the July 1 hearing and ORDERS Plaintiff Robert Moore to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  Plaintiff shall file a declaration by July 1, 2010, and the Court shall conduct a hearing on July 8, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 16, 2010

                                                     _____
                                                     Maria-Elena James
                                                     Chief United States Magistrate Judge