UNITED STATES DISTRICT COURT

Northern District of California

ROBERT MOORE

              Plaintiff(s),

  v.

CONTRA COSTA COLLEGE DISTRICT

              Defendant(s).
_____/

No. C 09-04781 MEJ

**ORDER DISCHARGING OSC**

**ORDER RE-CALENDARING MOTION TO DISMISS (DKT #18)**

On June 16, 2010, the Court ordered Plaintiff Robert Moore to show cause why this case should not be dismissed for failure to prosecute. (Dkt. #20.) The Court is now in receipt of Plaintiff's response thereto. (Dkt. #21.) Good cause appearing, the Court hereby VACATES the July 8, 2010 order to show cause hearing.

As Defendant's motion to dismiss remains pending, the Court shall conduct a hearing on September 2, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Plaintiff shall file any opposition by August 12, 2010, and Defendant shall file any reply by August 19, 2010.

**IT IS SO ORDERED.**

Dated: June 24, 2010

                                                    Maria-Elena James
                                                    Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE

        Plaintiff,

  v.

CONTRA COSTA COLLEGE DISTRICT

        Defendant.

Case Number: 09-04781 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Moore
626 35th Avenue
Richmond, CA 94805

Dated: June 24, 2010

                          Richard W. Wieking, Clerk
                          By: Brenda Tolbert, Deputy Clerk