UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT MOORE<br><br>             Plaintiff(s),<br>     v.<br><br>CONTRA COSTA COLLEGE DISTRICT<br><br>             Defendant(s).<br>_____/ | No. C 09-04781 MEJ<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On November 4, 2010, Defendant electronically filed a motion to dismiss. (Dkt. ##31-32.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

   IT IS SO ORDERED.

Dated: November 10, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge