# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ROBERT MOORE,<br><br>          Plaintiff,<br>  v.<br><br>CONTRA COSTA COLLEGE DISTRICT,<br><br>          Defendant.<br>_____/ | No. C 09-04781 MEJ<br><br>**SECOND ORDER TO SHOW CAUSE** |

Pending before the Court is Defendant's motion to dismiss, with a hearing date of December 16, 2010. (Dkt. #35.) As Plaintiff failed to file an opposition pursuant to Civil Local Rule 7, the Court hereby VACATES the December 16, 2010 hearing and ORDERS Plaintiff Robert Moore to show cause why this case should not be dismissed for failure to prosecute and failure to file an opposition to Defendant's motion. Plaintiff shall file a declaration in response by December 16, 2010.

**IT IS SO ORDERED.**

Dated: December 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE

        Plaintiff,

v.

CONTRA COSTA COLLEGE DISTRICT

        Defendant.

Case Number: 09-04781 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Moore
626 35th Avenue
Richmond, CA 94805

Dated: December 1, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2