UNITED STATES DISTRICT COURT

Northern District of California

ROBERT MOORE

              Plaintiff(s),

  v.

CONTRA COSTA COLLEGE DISTRICT

              Defendant(s).
_____/

No. C 09-04781 MEJ

**ORDER PERMITTING DEFENDANT TO FILE AMENDED REPLY IN RESPONSE TO PLAINTIFF'S UNTIMELY AMENDED OPPOSITION**

On December 16, 2010, the Court vacated the second order to show cause against Plaintiff in this case and scheduled a hearing on Defendant's third motion to dismiss on January 27, 2011. (Dkt. #40.)  In that Order, the Court set a deadline of December 30, 2010 for Plaintiff to file any opposition, and ordered Defendant to file any reply by January 13, 2011.  Plaintiff filed his opposition on December 30; however, he filed an amended opposition on January 10, 2011, without seeking leave of Court to file past the deadline. (Dkt. ##41, 42.)  Defendant subsequently filed a reply to the initial opposition. (Dkt. #43.)  As Plaintiff failed to comply with the December 30 deadline, and this prejudiced Defendant's opportunity to file a timely reply, the Court shall permit Defendant to file an amended reply by January 19, 2011.  Plaintiff is reminded that failure to comply with court deadlines and rules may result in the imposition of sanctions.

    **IT IS SO ORDERED.**

Dated: January 12, 2011

                                                _____
                                               Maria-Elena James
                                               Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE

        Plaintiff,

v.

CONTRA COSTA COLLEGE DISTRICT

        Defendant.

Case Number: 09-04781 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Moore
626 35th Avenue
Richmond, CA 94805

Dated: January 12, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk