# UNITED STATES DISTRICT COURT
## Northern District of California

ROBERT MOORE

          Plaintiff(s),

  v.

CONTRA COSTA COLLEGE DISTRICT

          Defendant(s).

_____/

No. C 09-04781 MEJ

**ORDER VACATING MEDIATION REFERRAL**

**ORDER REFERRING CASE TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE**

On March 11, 2011, the Court referred the above-captioned matter to court-sponsored mediation. However, based upon a recommendation from the ADR Department, it appears that this case is better suited to a settlement conference with a magistrate judge. Accordingly, the Court hereby VACATES the mediation referral and REFERS this case to a magistrate judge for a settlement conference.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE

    Plaintiff,

 v.

CONTRA COSTA COLLEGE DISTRICT

    Defendant.

Case Number: 09-04781 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Moore
626 35th Avenue
Richmond, CA 94805

Dated: April 6, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California

2