UNITED STATES DISTRICT COURT

Northern District of California

ROBERT MOORE,

               Plaintiff,

  v.

CONTRA COSTA COLLEGE DISTRICT,

               Defendant.
_____/

No. C 09-04781 MEJ

**ORDER DIRECTING PLAINTIFF TO COMPLY WITH DISCOVERY OBLIGATIONS**

The Court is in receipt of Defendant's letter, filed July 15, 2011. Dkt. No. 57. In its request, Defendant states that Plaintiff Robert Moore has failed to comply with his discovery obligations, including providing initial disclosures and responding to interrogatories and requests for production of documents. Although Plaintiff appears pro se in this matter, the Court reminds him that he must comply with all court rules and deadlines, including responding to discovery requests. Accordingly, the Court ORDERS Plaintiff to provide initial disclosures and respond to Defendant's outstanding discovery requests by August 4, 2011. Plaintiff shall also meet and confer with Defendant's counsel by July 28, 2011 to determine a date for his deposition to take place, which shall occur by August 12, 2011. Failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: July 18, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE

    Plaintiff,

v.

CONTRA COSTA COLLEGE DISTRICT

    Defendant.

Case Number: 09-04781 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Moore
626 35th Avenue
Richmond, CA 94805

Dated: July 18, 2011

    Richard W. Wieking, Clerk
    By: Brenda Tolbert, Deputy Clerk

2