LAW OFFICES OF
# BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION

THE WATERFRONT BUILDING
2749 HYDE STREET
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 353-0999

TELECOPIER: (415) 353-0990

THOMAS F. BERTRAND
GREGORY M. FOX
EUGENE B. ELLIOT
RICHARD W. OSMAN
MICHAEL C. WENZEL
JOSHUA K. CLENDENIN
ALAN CHANG

OF COUNSEL
NANCY A. HUNEKE
DANA SOONG
ARLENE C. HELFRICH
RICHARD E. HAMMOND
CHRISTINE LEE
ILANA KOHN
RACHEL Z. WAGNER
RYNNE N. D'AGOSTINO

August 5, 2011



GRANTED
Judge Maria-Elena James

Magistrate Judge Maria-Elena James
United States District Court
Northern District

Re: ***Moore v. Contra Costa Community College District***
Northern District Court Case No. C09-04781 MEJ
Our File No.: KEN 4746
**Request for Continuance of August 12, 2011 deadline to conduct plaintiff's deposition.**

---

Your Honor,

Defendant Contra Costa Community College District ("District") hereby requests a continuance of the August 12, 2011 deadline set by the court's July 18, 2011 order directing plaintiff to comply with discovery obligations.

Plaintiff was ordered to provide initial disclosures and responses to the District's Interrogatories, Set One and Requests for Production of Documents, Set One by August 4, 2011. Plaintiff's deposition was to be scheduled for a date no later than August 12, 2011. The parties met and conferred as ordered and rescheduled plaintiff's deposition to August 12, 2011.

On August 3, 2011, the District received a package from plaintiff in the mail that contained a stack of documents relating to plaintiff's claim against the District. A cover letter stating that the documents constituted plaintiff's initial disclosures accompanied the documents. No other documents or information, such as information on witnesses or plaintiff's damages, was provided. The District has not received any other information from plaintiff as of today.

Plaintiff has not yet provided meaningful initial disclosures or discovery responses. Without such basic information, the District is unable to conduct a meaningful deposition on August 12, 2011 and respectfully requests the Court extend the deadline to conduct plaintiff's deposition.

LAW OFFICES OF
**BERTRAND, FOX & ELLIOT**

Judge Maria-Elena James
**Moore v. Contra Costa Community College District**
August 4, 2011
Page 2

_____

      The District is willing to participate in a telephone conference with the Court to determine how to proceed in this case. The District is informed and believes Mr. Moore is generally available around 5 p.m., since he works during the day time. Counsel for the District would be available for a telephone conference at that time on Monday, August 8, Tuesday, August 9 or Wednesday, August 10.

      Thank you for your consideration of this request.

Very truly yours,

BERTRAND, FOX & ELLIOT

*Christine Lee*

Christine Lee

Cc: Robert Moore

The parties shall file a stipulation rescheduling Plaintiff's deposition. Plaintiff is reminded that he must comply with his discovery obligations, and that failure to comply may result in the imposition of sanctions, including dismissal of this case.

Dated: August 8, 2011



**CERTIFICATE OF SERVICE**

I, L. Roberts, declare that:

I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

On **August 5, 2011**, I served the following document(s):

Letter to Magistrate Judge Nandor J. Vadas
Re:  *Moore v. Contra Costa Community College District*
Northern District Court Case No. C09-04781 MEJ

**Request for Continuance of August 12, 2011, deadline to conduct plaintiff's deposition**

in said cause, on the following interested parties:

Robert Moore                                              *Plaintiff Pro Per*
626 – 35th St.
Richmond, California 94805
510-233-2070

Said service was performed in the following manner:

( x )   **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed **August 5, 2011, 2011,** at San Francisco, California.

_____
L. Roberts