# UNITED STATES DISTRICT COURT
## Northern District of California

ROBERT MOORE,

          Plaintiff,

  v.

CONTRA COSTA COLLEGE DISTRICT,

          Defendant.
_____/

No. C 09-04781 MEJ

**THIRD ORDER TO SHOW CAUSE**

The Court is in receipt of Defendant Contra Costa College District's letter, filed August 23, 2011, regarding Plaintiff Robert Moore's failure to comply with his discovery obligations. Dkt. No. 65. In its letter, Defendant states that Plaintiff has not responded to its requests to stipulate to a deposition date, nor has he provided complete and verified discovery requests or complete initial disclosures. Defendant states that it has met and conferred with Plaintiff since March 2011 in its efforts to obtain basic discovery, but Plaintiff has not provided complete initial disclosures or responses to initial discovery requests (interrogatories and production requests). This failure comes despite the Court's August 8, 2011 order directing Plaintiff to comply with his discovery obligations. Dkt. No. 63. Defendant now requests dismissal of this case due to Plaintiff's failure to comply.

Good cause appearing, the Court hereby ORDERS Plaintiff Robert Moore to show cause why this case should not be dismissed for failure to prosecute and failure to comply with his discovery obligations, despite previous orders from the Court. Plaintiff shall file a declaration in response by September 15, 2011.

**IT IS SO ORDERED.**

Dated: August 30, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE

        Plaintiff,

  v.

CONTRA COSTA COLLEGE DISTRICT

        Defendant.

Case Number: 09-04781 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Moore
626 35th Avenue
Richmond, CA 94805

Dated: August 30, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk