UNITED STATES DISTRICT COURT

Northern District of California

ROBERT MOORE,

        Plaintiff,

  v.

CONTRA COSTA COLLEGE DISTRICT,

        Defendant.
_____/

No. C 09-04781 MEJ

**ORDER DISMISSING CASE**

On August 23, 2011, Defendant Contra Costa College filed a request that the Court dismiss this case based on Plaintiff Robert Moore's failure to comply with his discovery obligations. Dkt. No. 65. In its letter, Defendant states that Plaintiff has not responded to its requests to stipulate to a deposition date, nor has he provided complete and verified discovery requests or complete initial disclosures. Defendant states that it has met and conferred with Plaintiff since March 2011 in its efforts to obtain basic discovery, but Plaintiff has not provided complete initial disclosures or responses to initial discovery requests (interrogatories and production requests). This failure comes despite the Court's August 8, 2011 order directing Plaintiff to comply with his discovery obligations. Dkt. No. 63.

      Upon review of Defendant's letter, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with his discovery obligations, despite previous orders from the Court. Dkt. No. 66. The Court ordered Plaintiff to file a declaration in response by September 15, 2011. Plaintiff has failed to respond. Based on Plaintiff's failure to prosecute, the Court finds it appropriate to dismiss this case pursuant to Federal Rule of Civil Procedure 41(b).

      Under Rule 41(b), failure to comply with a court order can warrant dismissal. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). In "determining whether to dismiss a case for failure

1 to comply with a court order, the district court must weigh five factors including '(1) the public's
2 interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk
3 of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and
4 (5) the availability of less drastic alternatives.'" *Id.* at 1260-61 (quoting *Thompson v. Housing Auth.*,
5 782 F.2d 829, 831 (9th Cir. 1986)). Here, Plaintiff failed to comply with his discovery obligations,
6 failed to comply with Court orders and deadlines, and failed to respond to the order to show cause.
7 Further, this is the third order to show cause issued against Plaintiff, and the Court has afforded him
8 multiple opportunities to proceed with his case. *See, e.g.,* Dkt. Nos. 16, 20, 22, 27, 37, 40, 46. Thus,
9 the Court finds that the *Ferdik* factors weigh in favor of dismissal. Accordingly, this case is hereby
10 DISMISSED WITH PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 21, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT MOORE

        Plaintiff,

v.

CONTRA COSTA COLLEGE DISTRICT

        Defendant.

Case Number: 09-04781 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Moore
626 35th Avenue
Richmond, CA 94805

Dated: September 21, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy

3